**NOT FOR PUBLICATION**

JAN 21 2010

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIO HERNANDEZ ORTIZ, | No. 07-72078 |
| Petitioner, | Agency No. A095-399-206 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010[**]

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

Mario Hernandez Ortiz, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's order denying his application for cancellation of removal.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes that this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

TL/Research

Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary determination that Hernandez Ortiz lacked good moral character pursuant to the catch-all provision at 8 U.S.C. § 1101(f).  *Lopez-Castellanos v. Gonzales*, 437 F.3d 848, 854 (9th Cir. 2006).  Because our resolution of this issue is dispositive, we need not reach his constitutional claims regarding the BIA's hardship determination.

**PETITION FOR REVIEW DISMISSED.**